UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIGUEL SANDOVAL,

    Plaintiff,

v.                                       Case No. 8:10-cv-2432-T-30AEP

CATALINA MARKETING CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #10). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, with each side to bear his/its own costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 19, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2432.dismiss 10.wpd